IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JACK ARLEN TRIMM,

     Appellant,

v.

Case No. 5D22-1215
LT Case No. 2017-306061-CFDB

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed November 15, 2022

Appeal from the Circuit Court
for Volusia County,
Elizabeth A. Blackburn, Judge.

Matthew J. Metz, Public Defender, and
Joseph Chloupek, Assistant Public
Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Roberts J. Bradford,
Jr., Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.